O

JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SOUTHWEST REGIONAL COUNCIL OF CARPENTERS, a labor organization, | ) ) ) | Case No. CV 09-05428 DDP (FMOx) |
| | ) | **JUDGMENT** |
| Plaintiff, | ) ) | |
| v. | ) ) | |
| C&G UNION, LLC, an Arizona business entity, | ) ) ) | |
| Defendants. | ) ) | |
| _____ | ) | |

    This action came on for hearing before the Court, on January 25, 2010, Hon. Dean D. Pregerson, District Judge Presiding, on Petitioner Southwest Regional Council of Carpenters' Petition to Confirm Arbitration Award. The Court having rendered its decision and granted Petitioner's petition, IT IS ORDERED, ADJUDGED, and DECREED as follows:

    Petitioner is to recover from C&G Union, LLC, the amount of $22,328.88, as reflected in the arbitration award, attached as Exhibit 2 to the Declaration of Gordon K. Hubel in support of the

///

///

Petition.  This amount is inclusive of (1) the amounts  for waiting time stemming from C&G's delay in paying wages and (2) the trust fund contributions due, liquidated damages, and interest due.

IT IS SO ORDERED.


Dated: January 27, 2010

DEAN D. PREGERSON
United States District Judge